# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0876
Lower Tribunal No. 21-25779-CA-01
_____

**Royal Caribbean Cruises Ltd.,**
Appellant,

vs.

**Norma Noesen, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

GrayRobinson, P.A., and Jack R. Reiter and Robert C. Weill, for appellant.

Rebecca S. Vinocur, P.A., and Rebecca Vinocur; Waters, Kraus, Paul & Siegel, and Charles Siegel and Kay Gunderson Reeves (Dallas, TX), for appellees.

Before FERNANDEZ, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.